UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Edward L. Young,

    Petitioner,

v.

Warden, Ross Correctional Institution,

    Respondent.

Case No. 2:24-cv-1564

Judge Michael H. Watson

Magistrate Judge Merz

### ORDER

The Magistrate Judge issued a Substitute Report and Recommendation ("SR&R"), recommending the Court dismiss Petitioner's Petition with prejudice. SR&R, ECF No. 29.

The SR&R notified Petitioner of his right to object to the recommendations contained therein and of the consequences of failing to do so. *Id.* at 19. Petitioner requested a forty-day extension of the objection deadline, ECF No. 30, which the Court granted via notation order, ECF No. 31. Petitioner, however, failed to object.

Accordingly, the Court **ADOPTS** the SR&R without performing a *de novo* review. The Court **DISMISSES WITH PREJUDICE** Petitioner's Petition. Because reasonable jurists would not disagree with this conclusion, the Court **DENIES** a certificate of appealability and **CERTIFIES** to the United States Court of Appeals for the Sixth Circuit that any appeal would be objectively frivolous and

should not be permitted to proceed *in forma pauperis*.  The Clerk shall enter judgment for Respondent and close this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**